UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA GIRONDA,

    Plaintiff,

v.                                              Case No. 1:15-cv-904
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  September 26, 2016           /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge